ERIC S. QUANDT CSB#202829
GAGEN, McCOY
A Professional Corporation
279 Front Street
Danville, CA 94526
Telephone: (925) 837-0585
Facsimile: (925) 838-5985

Attorneys for Defendant
KENYANA JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENYANA JONES,<br><br>Defendant. | No.: CR 04-0083-MJJ<br><br>STIPULATION TO EXCUSE PERSONAL APPEARANCE FOR KENYANA JONES AT STATUS CONFERENCE SET FOR 12/21/06 [PROPOSED] ORDER |

The Defendant Kenyana Jones was released from custody on bond with electronic monitoring on 12/14/06 pursuant to Magistrate Edward M. Chen's order. Mr. Jones resides with a custodian in Eureka, California, which is approximately 300 miles away. A status conference is set for December 21, 2006 at which time the parties will request future court dates.

Based upon the extensive travel that would be required for Mr. Jones to be personally present at the status conference, as well as the relatively limited nature of the hearing, the parties stipulate that Mr. Jones personal appearance at the December 21st hearing is excused. Mr. Jones will be represented by his court-appointed counsel at the hearing. The parties therefore request that the Court allow Mr. Jones to remain in Eureka

Law Offices of
GAGEN,
McCOY,
McMAHON &
ARMSTRONG
A Professional
Corporation
279 Front Street
Danville, CA
94526
(925) 837-0585

1 | and be excused from the status conference set for December 21, 2006.

3 | Dated: December 12, 2006

*C. Q—*
ERIC S. QUANDT
Attorney for Defendant Jones

5 | Dated: 12/19/06

*[signature]*
GREGG LOWDER
AUSA

GOOD CAUSE APPEARING, it is hereby ORDERED that Defendant Jones' personal appearance at the status conference on December 21, 2006 is excused.

11 | Dated: 12/20/2006

*[signature]*
Honorable Martin J. Jenkins

Law Offices of
GAGEN,
McCOY,
McMAHON &
ARMSTRONG
A Professional
Corporation
279 Front Street
Danville, CA
94526
(925) 837-0585

- 2 -
DEFENDANT JONES STIPULATION RE WAIVER OF PERSONAL PRESENCE AT 12/21/06 STATUS CONFERENCE [PROPOSED] ORDER

F:\CLESQ\38589\Def. Jones Stipulation re Status Conference.doc

TOTAL P.03