| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CABN138549)<br>Chief, Criminal Division |
| 4 | GREGG W. LOWDER (CSBN 107864)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, 11th Floor<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7159/7044 |
| 7 | FAX: (415) 436-7234 |
| 8 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. **CR 04-0083 MJJ** |
| Plaintiff, | ) | |
| v. | ) | ~~(PROPOSED)~~ ORDER FOR MODIFIED PROBATION REPORTS REGARDING CRIMINAL HISTORY AND CRIMINAL HISTORY CATEGORY, AS TO EACH DEFENDANT TREARL MALONE AND KENYANA JONES |
| JAMES HILL,<br>DAVID GEORGE,<br>TREARL MALONE, and<br>KENYANA JONES | ) ) ) ) | |
| Defendants. | ) | |

For reasons addressed at the status conference in this case on December 21, 2006, counsel for the government, in conjunction with counsel for defendant Trearl Malone and Kenyana Jones, request preparation by the Probation Office of a pre-plea Modified Presentence Report as to Criminal History for each defendant Trearl Malone and Kenyana Jones that summarizes each defendant's criminal history and calculates his criminal history category. The parties believe that such a report will facilitate the resolution of the present case. The parties ask that the reports be completed by January 25, 2006; however, if the reports cannot be completed in that time frame, the parties request to be advised at or near that date as to the time frame for completion

///

///

(~~Proposed~~) Order re: Criminal History Reports
CR 04-0083 MJJ

|   |   |   |
|---|---|---|
| 1 | of the reports, so that the parties may advise the Court as to the projected time frame for | |
| 2 | completion of the reports. | |

Dated: December 22, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
GREGG W. LOWDER
Assistant United States Attorney

**IT IS SO ORDERED.**

Date: 1/3/2007

MARTIN J. JENKINS
United States District Judge

(Proposed) Order re: Criminal History Reports
CR 04-0083 MJJ