Law Offices of
**GAGEN, McCOY, McMAHON & ARMSTRONG**
A Professional Corporation
279 Front Street
Danville, CA 94526
(925) 837-0585

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KENYANA JONES,<br><br>　　　　Defendant.<br>_____/ | No.: CR 04-0083-MJJ<br><br>[~~PROPOSED~~] ORDER |

GOOD CAUSE APPEARING, it is hereby ordered that Defendant's personal appearance at future status conference hearings is waived, provided that he is in compliance with his pretrial release conditions and continues to reside in Eureka, California.

Dated: __1/11/2007__　　　　　　　　　　　　_/s/ Martin J. Jenkins_
　　　　　　　　　　　　　　　　　　　　　　Honorable Martin J. Jenkins

- 1 -
[PROPOSED] ORDER RE WAIVER OF PERSONAL PRESENCE
F:\CLESQ\38589\Proposed Order re Waiver of Personal Presence for Kenyan Jones.doc