ERIC S. QUANDT CSB#202829
GAGEN, McCOY
A Professional Corporation
279 Front Street
Danville, CA 94526
Telephone: (925) 837-0585
Facsimile: (925) 838-5985

Attorney for Defendant
KENYANA JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENYANA JONES,<br><br>Defendant.<br>_____/ | No.: CR 04-0083-EMC/MJJ<br><br>**STIPULATION TO EXCUSE PERSONAL APPEARANCE FOR KENYANA JONES AT PRETRIAL RELEASE STATUS CONFERENCE SET FOR 1/17/07; [PROPOSED] ORDER** |

On December 14, 2006, Defendant Kenyana Jones was released from custody on bond with electronic monitoring pursuant to Magistrate Edward M. Chen's order. Pursuant to the release conditions, Mr. Jones currently resides with a custodian in Eureka, California, which is approximately 300 miles away. A status conference is set for January 17, 2007 at 9:30 a.m. before the Honorable Edward M. Chen regarding his status and possible changes to his release conditions.

Based upon the extensive travel that would be required for Mr. Jones to be personally present at the status conference, as well as the relatively limited nature of the hearing, the parties stipulate that Mr. Jones personal appearance at the January 17th

- 1 -

DEFENDANT JONES STIPULATION RE WAIVER OF PERSONAL PRESENCE AT JANUARY 17, 2007 PRETRIAL STATUS CONFERENCE; [PROPOSED] ORDER
F:\CLESQ\38589\Def. Jones Stipulation re Status Conference re 011707.doc

Law Offices of
**GAGEN,
McCOY,
McMAHON &
ARMSTRONG**
A Professional
Corporation
279 Front Street
Danville, CA
94526
(925) 837-0585

1  hearing is excused, provided that he is in compliance with his current release conditions
2  prior to that date.
3
4  Dated: January 10, 2007          _____
5                                    ERIC S. QUANDT
                                     Attorney for Defendant Jones
6  Dated: _____             _____
7                                    GREGG LOWDER
                                     AUSA
8
9  Dated: _____             _____
10                                   RICH SARLATTE
                                     Pretrial Services
11
       GOOD CAUSE APPEARING, it is hereby ORDERED that Defendant Jones'
12
   personal appearance at the status conference on January 17, 2007 is excused.
13
14 Dated: January 16, 2007
15
                                     _____
16                                   Honorable Edward M. Chen

   *IT IS SO ORDERED* — Judge Edward M. Chen

   On January 12, 2007, AUSA Gregg Lowder orally agreed to waive defendant's personal appearance at the status conference set for 1/17/07 at 9:30 a.m.

Law Offices of
GAGEN,
McCOY,
McMAHON &
ARMSTRONG
A Professional
Corporation
279 Front Street
Danville, CA
94526
(925) 837-0585

- 2 -

DEFENDANT JONES STIPULATION RE WAIVER OF PERSONAL PRESENCE AT JANUARY 17, 2007 PRETRIAL STATUS
CONFERENCE; [PROPOSED] ORDER
F:\CLESQ\38589\Def. Jones Stipulation re Status Conference re 011707.doc

1 hearing is excused, provided that he is in compliance with his current release conditions
2 prior to that date.

4 Dated: January 10, 2007

ERIC S. QUANDT
Attorney for Defendant Jones

6 Dated: _____

GREGG LOWDER
AUSA

8 Dated: 1/11/07

RICH SARLATTE
Pretrial Services

11     GOOD CAUSE APPEARING, it is hereby ORDERED that Defendant Jones'
12 personal appearance at the status conference on January 17, 2007 is excused.

14 Dated: _____

_____
Honorable Edward M. Chen

Law Offices of
GAGEN,
McCOY,
MAHON &
ARMSTRONG
Professional
Corporation
Front Street
Danville, CA
94526
(837-0585)

- 2 -

DEFENDANT JONES STIPULATION RE WAIVER OF PERSONAL PRESENCE AT JANUARY 17, 2007 PRETRIAL STATUS CONFERENCE; [PROPOSED] ORDER
F:\CLIESQ\38589\Def. Jones Stipulation re Status Conference re 011707.doc