UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KENYANA JONES

    Defendant

CR04-00083 MJJ

[PROPOSED ORDER]

GOOD CAUSE APPEARING, it is hereby ordered that Defendant's personal appearance at the future status conference hearings set for February 1, 2007 and February 16, 2007, are waived, provided that he is in compliance with his pretrial release conditions and continues to reside in Eureka, California.

Dates: 2/14/2007

U.S. District Judge Martin J. Jenkins