## PROPOSED ORDER/COVER SHEET



| | | | |
|---|---|---|---|
| TO: | The Honorable Edward M. Chen<br>U.S. Magistrate Court Judge | RE: | Kenyana Jones |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR-04-0083 MJJ |
| DATE: | March 28, 2007 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Rich Sarlatte | 415-436-7508 |
|---|---|
| U.S. Pretrial Officer Specialist | TELEPHONE NUMBER |

RE: **VIOLATION/INFORMATION**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[X] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _C_ on _4/12/07_ at _10:30 AM_.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Order(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____    _March 29, 2007_
JUDICIAL OFFICER                     DATE

Cover Sheet (12/03/02)