UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　　v.<br><br>KENYANA JONES,<br><br>　　　　Defendant.<br>_____/ | Case No. CR04-0083 MJJ<br><br>**ORDER MODIFYING BOND** |

The bond is hereby modified as follows:

1. Fawn Curtice shall serve as the new surety/custodian and shall appear before Magistrate Judge Nandor Vadas for bond admonishment. Defendant shall live with Ms. Curtice at 2522 Albee Street, Apartment A, Eureka, CA. Siri Atmore, is hereby released as surety/custodian.

2. Defendant's curfew is extended from 6:00 p.m. to 10:00 p.m. so long as defendant remains employed.

IT IS SO ORDERED.

Dated: June 1, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge